IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAXIMUM COMFORT, INC.,

    Plaintiff,                    No. CIV S-03-1584 LKK/CMK

    vs.

SECRETARY OF HEALTH & HUMAN              O R D E R
SERVICES; TOMMY G. THOMPSON,

    Defendants.
_____/

    The court is in receipt of the Ninth Circuit's mandate following its reversal of this court's March 7, 2005 order and entry of judgment in favor of the plaintiff. In accordance with the mandate, judgment is hereby ENTERED in favor of the defendant.

    The Clerk is directed to close the case.

    IT IS SO ORDERED.

    DATED: November 10, 2008.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1